**FIRST DIVISION**
**DOYLE, P. J.,**
**ANDREWS and RAY, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**June 11, 2018**

# In the Court of Appeals of Georgia

A16A1008. HARPER v. THE STATE.

ANDREWS, Judge.

In *Harper v. State*, 338 Ga. App. 535 (790 SE2d 552) (2016), we affirmed David Lamar Harper's conviction for criminal trespass pursuant to OCGA § 16-7-21 (a), reversed his conviction for criminal trespass pursuant to OCGA § 16-7-21 (b) (2), vacated the trial court's sentence, and remanded the case to the trial court for resentencing. In *State v. Harper*, 303 Ga, 144 (810 SE2d 484) (2018), the Supreme Court granted certiorari to consider this Court's reversal of Harper's conviction for criminal trespass pursuant to OCGA § 16-7-21 (b) (2), and reversed our judgment on that issue by affirming Harper's conviction for criminal trespass pursuant to OCGA § 16-7-21 (b) (2). Accordingly, the judgment of the Supreme Court is made the judgment of this Court, Harper's convictions for criminal trespass pursuant to OCGA

§ 16-7-21 (a) and OCGA § 16-7-21 (b) (2) are affirmed, and trial court's sentence for those convictions is reinstated.

*Judgment affirmed. Doyle, P. J., and Ray, J., concur*.